UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CRIMINAL ACTION NO. 06-121

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                        **ORDER**

DAN DAFFRON, RpH                                                DEFENDANT

\* \* \* \* \* \* \* \* \*

This matter is before the Court on Defendant Dan Daffron's Objections to the

Report and Recommendation [R. 25] issued by United States Magistrate Judge Robert

E. Wier.  Having reviewed *de novo* the matters in the report in which Defendant

Daffron objects, the Court finds the objections to be without merit and adopts the

Report and Recommendation [R. 25] as its opinion on Defendant's Motion to

Suppress [R. 19].

Dated this 16th day of March, 2007.



**Signed By:**

*Karen K. Caldwell*

**United States District Judge**